**Office of the Clerk**
United States District Court Western District of Wisconsin
120 North Henry Street, Room 320   •   Madison, WI 53703
(608) 264-5156   •   www.wiwd.uscourts.gov

July 16, 2018

Terrance Prude #335878
Wisconsin Secure Program Facility
P.O. Box 1000
Boscobel, WI 53805

     RE:    *Terrence Prude v. Anthony Meli, et al.*, 17-cv-336-wmc

Dear Mr. Prude:

     This will acknowledge receipt of your letter dated July 12, 2018, in which you request a copy of dkt. 23, the letter providing Judicial Notice, and the letter enclosures (Attachments 1 and 2) filed in the above case.

     Please be advised that the court charges $0.10 per page at the indigent rate for copies and generally requires prepayment. Dkt. 23 (letter) and attachments #1 and #2 contain 116 pages for a copy cost of $11.60.  Please submit a check or money order in the amount of $11.60 made payable to Clerk, U.S. District Court along with the lower portion of this correspondence. Once the court receives payment, the documents you requested will be sent to you.

                    PETER OPPENEER, Clerk of Court,

                    By:___/s/_____
                          Deputy Clerk

              Please Detach and Include with your payment
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Name: _____Terrance Prude_____

Case #/Case Name: _____17-cv-336-wmc_____

**Copy Requested**:_____Dkt. #23 (including Attachments 1 and 2)_____

Number of Pages _____116_____ x __$0.10_____ = __$11.60_____