IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE PRUDE,

    Plaintiff,

v.

Case No.  17-cv-336-slc

ANTHONY MELI, GARY BOUGHTON,
RANDY MUELLER, AND CAPTAIN
WESTRA,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 4/27/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |