IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TERRANCE PRUDE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:17-cv-00336 (SLC) |
| ) | |
| ANTHONY MELI, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

### MOTION TO WITHDRAW FROM REPRESENTATION OF PLAINTIFF

Brandon Duke and Madison Haueisen move to withdraw from representing Plaintiff Terrance Prude and would show the Court as follows:

1. On July 25, 2022, William Langley from the law firm of Winston & Strawn LLP was appointed by the Seventh Circuit Court of Appeals to represent Plaintiff in Case No. 21-1320 appealing this Court's judgment.

2. On December 20, 2022, Madison Haueisen, also of the law firm of Winston & Strawn LLP, filed an appearance in the Seventh Circuit Court of Appeals on behalf of Plaintiff in Case No. 21-1320.

3. On August 7, 2023, the Seventh Circuit Court of Appeals affirmed in part and reversed in part this Court's judgment and remanded the case to this Court. ECF No. 179.

4. On November 16, 2023, Madison Haueisen and Brandon Duke of the law firm of Winston & Strawn LLP appeared in this Court on behalf of Plaintiff. ECF Nos. 190, 191.

2

5. Based on recent developments in the case, professional considerations require termination of the representation pursuant to Rule 1.16 of the Wisconsin Rules of Professional Conduct for Attorneys, SCR chapter 20.

6. On February 13, 2024, Plaintiff was advised via phone that we would be filing a motion to withdraw from representing him.

7. Accordingly, counsel respectfully moves for an order permitting their withdrawal as counsel.

Dated: February 15, 2024　　　　　　　　**WINSTON & STRAWN LLP**

　　　　　　　　　　　　　　　　　　　　 */s/ Madison K. Haueisen*
　　　　　　　　　　　　　　　　　　　　Brandon Duke
　　　　　　　　　　　　　　　　　　　　bduke@winston.com
　　　　　　　　　　　　　　　　　　　　Madison K. Haueisen
　　　　　　　　　　　　　　　　　　　　mhaueisen@winston.com
　　　　　　　　　　　　　　　　　　　　800 Capitol Street, Suite 2400
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77002
　　　　　　　　　　　　　　　　　　　　Telephone: (713) 651-2600
　　　　　　　　　　　　　　　　　　　　Facsimile: (713) 651-2700

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff Terrance Prude*

## **CERTIFICATE OF SERVICE**

I certify that on February 15, 2024, a copy of this document was served upon Plaintiff Terrance Prude at the address listed below and by agreement via electronic mail upon counsel for Defendants:

Rebecca A. Paulson
Jonathon M. Davies
Brandon Flugaur
Wisconsin Department of Justice
Post Office Box 7857
Madison, Wisconsin 53707-7857
(608) 266-0278 (Paulson)
(608) 261-8125 (Davies)
(608) 267-8906 (Fax)
paulsonra@doj.state.wi.us
daviesjm@doj.state.wi.us
flugaurbt@doj.state.wi.us

Wisconsin Secure Program Facility
Terrance D. Prude #335878
P.O. Box 1000
Boscobel, Wisconsin 53805-1000

*/s/ Madison K. Haueisen*