IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

TERRANCE PRUDE,

    Plaintiff,

v.

ANTHONY MELI, et al.

    Defendants.

ORDER

17-cv-336-slc
App. No. 25-1173

---

Plaintiff Terrance Prude has filed a notice of appeal from an order entered on February 3, 2025. Plaintiff also filed a motion to proceed without prepaying the appellate docketing fee, but plaintiff has not submitted a certified trust fund account statement for the six-month period preceding the appeal as required by the *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2). Accordingly, the court cannot consider the motion at this time.

ORDER

IT IS ORDERED that plaintiff Terrance Prude may have until March 3, 2025 to pay the $605 appellate docketing fee or submit a certified trust fund account statement for the six-month period preceding the appeal. Failure to meet this deadline may result in dismissal of the appeal.

Entered this 7th day of February, 2025.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge

1

Case: 3:17-cv-00336-slc Document #: 299 Filed: 02/07/25 Page 2 of 2

2