# Office of the Clerk

## United States District Court Western District of Wisconsin

120 North Henry Street, Room 320   •   Madison, WI 53703
(608) 264-5156   •   www.wiwd.uscourts.gov

July 18, 2025

Warden
Wisconsin Secure Program Facility
P.O. Box 1000
Boscobel, WI 53805

Re: Case no. 17-cv-336-jdp (appeal 25-1173); Prude v. Meli et al

Dear Warden:

Inmate Terrance Prude recently filed an appeal in this court. Because Judge Crocker certified that his appeal was not taken in good faith, plaintiff owes the full $605 fee for filing his appeal at this time. If plaintiff does not have $605[1] in his prison account, then he will have to make monthly payments of 20% of the preceding month's income credited to his inmate account until the fee is paid in full. *See* 28 U.S.C. § 1915(b). The case number assigned to this appeal, and the balance owed are set forth below:

**Terrance Prude, # 335878**
**Case no. 17-cv-336-jdp (Appeal case no. 25-1173)**
**Total appeal fee:  $605**

Your financial officer's obligation to deduct payments when funds exist until the remainder of the $605 appeal filing fee has been paid in full is addressed in *Lucien v. DeTella*, 141F.3d 773 (7th Cir. 1998). If this inmate is transferred to another institution, the financial officer of that institution will need to know of his obligation so that monthly payments will continue.

JOEL TURNER, Clerk of Court,

By: ___s/_____
Deputy Clerk

cc:   Terrance Prude

---

[1] Effective December 1, 2023, the total fee for filing an appeal is $605 (the $600 docketing fee plus the $5 statutory fee).